STATE OF NEW JERSEY v. JOHN W. McLAUGHLIN.

May 2, 1974. Petition for certification denied. (See 126 *N. J. Super.* 475).

STATE OF NEW JERSEY v. ROBERT ELIA.

May 2, 1974. Petition for certification denied.

HELEN STUEMPERT v.
THE HOLIDAY INN AND QUIK CAFE.

May 2, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT WARNER.

May 2, 1974. Petition for certification denied.

P. T. & L. CONSTRUCTION CO., INC. v.
TEAMSTERS LOCAL UNION NO. 469.

May 2, 1974. Petition for certification granted.

CURTIS F. STOLTE v. PORT NEWARK MARINE REPAIR CO.

May 2, 1974. Petition for certification denied.